IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JANET C. STEVENS, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:14-cv-00058 |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| CAROLYN W. COLVIN, Acting | ) United States District Judge |
| Commissioner, Social Security | ) |
| Administration, | ) |
| Defendant. | ) |

**ORDER**

In accordance with its memorandum opinion entered this day, the court hereby ORDERS as follows:

1. Magistrate Judge Joel C. Hoppe's January 4, 2016 report and recommendation (Dkt. No. 19) is ADOPTED;

2. Plaintiff Janet C. Stevens's motion for summary judgment (Dkt. No. 13) is GRANTED;

3. Defendant Commissioner of Social Security's motion for summary judgment (Dkt. No. 17) is DENIED;

4. The Commissioner's final decision is REVERSED and the case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the report and recommendation; and

5. The case is STRUCK from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to all counsel of record.

Entered: February 22, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge